
FILED

APR 12 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STONEY OLSON,<br><br>Defendant. | Case No. CR-16-30-BLG-SPW<br><br>ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |

Upon Defendant's Motion to File Document Under Seal (Doc. 50), and for good cause appearing,

IT IS HEREBY ORDERED that the Motion (Doc. 50) is GRANTED. The Memorandum in Support of Motion in Limine is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 12th day of April, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1