IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

APR 2 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

Upon the Defendant's unopposed Motion to Allow Defendant to File Reply on or by May 2, 2017 (Doc. 56), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall file a reply to the Government's Response to Defendant's Motion in Limine on or before **May 2, 2017.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _24th_ day of April, 2017.

SUSAN P. WATTERS
United States District Judge