

1
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

Pursuant to the Court's April 27, 2017 Order Resetting Trial and Scheduling Deadlines (Doc. 59),

IT IS HEREBY ORDERED that the following deadlines are amended as follows:

Jury Instructions, Trial Briefs,
and Trial Notebooks Deadline:            **July 31, 2017**

Notice of Intent to Use Real-Time,
Present Evidence Electronically or
Video Conferencing for Witnesses:        **July 31, 2017**

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 27th day of April, 2017.

SUSAN P. WATTERS
United States District Judge