# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-16-30-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 61), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Reply Brief In Support of Motion In Limine RE: Proposed Rule 414 Evidence is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of May, 2017.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1