**FILED**

AUG 2 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STONEY OLSON,<br><br>Defendant. | Case No. CR-16-30-BLG-SPW<br><br>ORDER GRANTING DEFENDANT'S RULE 15(a) MOTION FOR DEPOSITION OF WITNESS FOR PRESERVATION AT TRIAL |

Upon Defendant's Rule 15(a) Motion For Deposition of Witness For Preservation at Trial (Doc. 68), and for good cause appearing,

IT IS HEREBY ORDERED that due to exceptional circumstances, the Court grants permission to conduct a pre-trial deposition of defendant's witness, Cindy Smith, who currently resides in Holton, Kansas.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 21st day of August, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1