**FILED**

OCT 1 6 2017

Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STONEY OLSON,<br><br>Defendant. | CR-16-30 -BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 16th day of October, 2017.

Honorable Susan P. Watters
United States District Judge