SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 1 8 2017
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until December 20, 2017.

IT IS SO ORDERED.

DATED this 18th day of October, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1