FILED

NOV - 8 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

This matter comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 107). On October 18, 2017, a jury found defendant Matthew Stoney Olson guilty of the charges set forth in the Indictment filed on March 2, 2016. The jury found the forfeiture allegation to be true. The jury's verdicts provide a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

1

IT IS HEREBY ORDERED:

THAT defendant Matthew Stoney Olson's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

- A Hewlett Packard laptop computer, model Pavilion dv7, serial number CNF946BNQ9;

THAT the United States Marshal Service or the United States Department of Homeland Security shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 8th day of November, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge