FILED

FEB 0 2 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

Upon Defendant's Motion to File Documents Under Seal (Doc. 115), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. The Psychological Evaluation and Psychosexual Evaluation are filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 1st day of February, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1