**FILED**

FEB 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STONEY OLSON,<br><br>Defendant. | Case No. CR-16-30-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Unopposed Motion for Permission for Defendant to Travel to Billings Prior to Sentencing Hearing (Doc. 122), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant has permission to travel to Billings on Wednesday, February 14, 2018, the afternoon/evening prior to his Sentencing Hearing, which is scheduled at 10:30 a.m. on February 15, 2018, to allow defendant to meet with his counsel before his hearing.

DATED this 13th day of February, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1