IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW STONEY OLSON, | |
| Defendant. | |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of the juror in the Volume IV transcript at page 410, lines 12 and 13, page 461, line 25 and page 462, line 7 shall be redacted from the trial transcript in this matter.

DATED this 16th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1