FILED

JUL 19 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| MATTHEW STONEY OLSON, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 146). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on November 8, 2017 (Doc. 107);

1

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.  There appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.  The Motion for Final Order of Forfeiture (Doc. 146) is **GRANTED**.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

    - Hewlett Packard laptop computer, model Pavilion dv7, serial number CNF946BNQ9;

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 19th day of July, 2018.

SUSAN P. WATTERS
United States District Judge