IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STONEY OLSON,<br><br>Defendant. | CR 16-30-BLG-SPW<br><br>ORDER |

For the reason that the U.S. Probation Officer is unavailable,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently scheduled for Wednesday, September 2, 2026 at 1:30 p.m. is **VACATED** and **RESET** to commence on **Tuesday, September 15, 2026 at 1:30 p.m.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 2nd day of September, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge